## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

N.P., a minor, by EDDIE PERILLO,
his natural guardian
v.                                                    CASE NO.  3:18cv453/MCR/CJK
THE SCHOOL BOARD OF
OKALOOSA COUNTY, et al.

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on __December 14, 2018_____

Motion/Pleadings: _PLAINTIFF'S SECOND UNOPPOSED MOTION FOR____
_____EXTENSION OF TIME TO RESPOND TO DEFENDANT,___
_____THE SCHOOL BOARD OF OKALOOSA COUNTY,_____
_____FLORIDA'S MOTION TO DISMISS  [additional 7 days,__
_____to December 21, 2018]_____

Filed by __Plaintiff_____ on _December 14, 2018_____ Doc. # _137___

Response _____ on _____ Doc. # _____

_____ Stipulated  _____ Joint Pleading
__X__ Unopposed  _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
_/s/ Kathy Rock_____
Deputy Clerk: Kathy Rock

═══════════════════════════════════════════

On consideration, the motion is GRANTED, as requested.

**DONE and ORDERED** this 17th day of December 2018.

_M. Casey Rodgers_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**