UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**N.P., a minor, by EDDIE PERILLO,**
**his natural guardian,**

    Plaintiff,

v.

                                    CASE NO. 3:18-CV-453-MCR-CJK

**THE SCHOOL BOARD OF**
**OKALOOSA COUNTY,**
**FLORIDA; LARRY ASHLEY,**
**in his Official Capacity as SHERIFF**
**OF OKALOOSA COUNTY,**
**FLORIDA; MARY BETH JACKSON;**
**STACIE SMITH; ARDEN FARLEY;**
**ANGELYN VAUGHAN; JOAN**
**PICKARD; MELODY SOMMER;**
**MARLYNN STILLIONS; DWAYNE**
**VASILOFF; and DOES 1-30,**

    Defendants.
_____/

## NOTICE AND ORDER

Pursuant to the Court's Order, Plaintiff filed a Second Amended Complaint that identified E.P. as Eddie Perillo. The Court made clear that "the purpose of filing an amended complaint is only to reveal the identity of E.P. and should not impact the pending motions to dismiss." ECF No. 134 at 7 n.6. Because the Second Amended Complaint, *see* ECF No. 135, is substantively identical to the First Amended Complaint, *see* ECF No. 68, the Court will construe the pending motions,

*see* ECF Nos. 88, 89, 90, 96, 107, 109, 111, 112, 114, as Motions to Dismiss the Second Amended Complaint.

Accordingly, Defendants are **ORDERED** not to refile a motion to dismiss. Sheriff Larry Ashley's refiled Motion to Dismiss, ECF No. 140, and Dwayne Vasiloff's refiled Motion to Dismiss, ECF No. 141 are **DENIED** as **MOOT**.

**DONE and ORDERED** this 19th of December 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**